UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| RASHOD L. JAMES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HIGHLANDS REGIONAL MEDICAL ) <br> CENTER, *et al.*, ) <br> ) <br> Defendants. ) | Civil No. 7:18-cv-0092-GFVT <br><br> **JUDGMENT** |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Rashod James's Complaint [**R. 1**] is **DISMISSED WITH PREJUDICE**;

2. Judgment is **ENTERED** in favor of the defendants; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 18th day of September, 2018.

Gregory F. Van Tatenhove
United States District Judge